## KING v. STATE.
### No. 18003.

Court of Criminal Appeals of Texas.
March 11, 1936.

Joseph M. Mills, of Fort Worth, Fred Stockdale, of Aspermont, and W. E. Myres, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

This is a prosecution had under the provisions of what is known as the Dean Law (Pen.Code 1925, art. 666 et seq., as amended). Following what has been said by us in the case of Guy Meadows v. State, 88 S.W.(2d) 481, the judgment herein will be reversed, and the prosecution ordered dismissed.